UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA HARRIS, *et al.*,<br><br>　　　　　Defendants. | Case No.　14-cv-01869-JD<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 12 |

GOOD CAUSE APPEARING, it is hereby ordered that petitioner's request for an extension of time (Docket No. 12) is **GRANTED**.  Petitioner has until **August 11, 2014**, to file an amended petition.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
JAMES DONATO
United States District Judge

14-cv-01869-JD-_ext